UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

SEGUNDO EUDORO LAZO VERA, individually and on
behalf of all others similarly situated,

**NOTICE OF MOTION**

Plaintiff,

-against-

22-cv-04860 (BMC)

THE FOOD PYRAMID CORP. and MARTIN BASCH,
as an individual,

Defendants.

----------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Affirmation of Avraham Y. Scher, Esq., dated December 14, 2022, together with supporting Exhibits A though I annexed hereto, and the accompanying Memorandum of Law submitted in support of this motion, and upon all prior pleadings and proceedings heretofore had herein, the undersigned, on behalf of the Plaintiff, will move this Court before the Honorable  Brian M. Cogan, United States District Judge, at the United Stated District Court, for the Eastern District of New York, for an Order granting Plaintiff's Motion for Entry of a Default Judgment In a Sum Certain against THE FOOD PYRAMID CORP., and MARTIN BASCH, as an individual ("Defendants"), and for such other or further relief as the Court deems just, proper and equitable.

Dated:      Kew Gardens, New York
            December 14, 2022

*Avraham Y. Scher*

Avraham Y. Scher, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SEGUNDO EUDORO LAZO VERA, individually, and on behalf of all others similarly situated,

Plaintiff(s),

-against-

THE FOOD PYRAMID CORP. and MARTIN BASCH, as an individual,

Defendants.

**NOTICE OF MOTION FOR A DEFAULT JUDGMENT IN SUM CERTAIN AGAINST**
**THE FOOD PYRAMID CORP., and MARTIN BASCH, as an individual**

**Civil Case No.: 22-cv-04860 (BMC)**

HELEN F. DALTON & ASSOCIATES, P.C.
*Attorneys for the Plaintiff*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Phone (718) 263-9591

**WITH SERVICE TO:** *all defendants*:        442 BEDFORD AVE 2
                                             BROOKLYN, NY 11249

**THE FOOD PYRAMID CORP**
(DOS ID: 3836948)
*Attention*: **MARTIN BASCH**

745 BEDFORD AVENUE
BROOKLYN, NEW YORK 11205

**MARTIN BASCH**

133 KEAP ST APT
BROOKLYN, NY 11211