```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SEGUNDO EUDORO LAZO VERA,                         JUDGMENT

                        Plaintiff,                22-cv-4860 (BMC)
        v.

THE FOOD PYRAMID CORP., and
MARTIN BASCH,

                        Defendants.
----------------------------------------------------------------X
```

A Memorandum, Decision and Order of Brian M. Cogan, United States District Judge, having been filed on January 25, 2023, granting plaintiff's motion for default judgment to the extent set forth in the Order; and directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the amount of $97,997.50; it is

ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted to the extent set forth in the Order; and that judgment is hereby entered against defendants, jointly and severally, in the amount of $97,997.50.

Dated: Brooklyn, New York　　　　　　　　　　　　　Brenna B. Mahoney
　　　　　January 26, 2023　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/Jalitza Poveda
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk